WILLIAM TOCKASH et al., Respondents, v CHARLES E. ROCKWELL, Appellant.—Appeal by defendant from a default judgment of the Supreme

Court, Dutchess County, entered February 6, 1979, dismissed, without costs or disbursements. No appeal lies from a default judgment. Order of the same court dated February 23, 1979, affirmed, without costs or disbursements. No opinion. Titone, J. P., Mangano, Margett and Martuscello, JJ., concur.